GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter. gratzinger@mto.com
ZACHARY M. BRIERS (State Bar No. 287984)
zachary.briers@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Google LLC and
YouTube, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC, and YOUTUBE, LLC,<br><br>Defendants. | Case No. 2:18-CV-03629-GW-JC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PORTIONS OF PLAINTIFF'S COMPLAINT**<br><br>Date:           August 27, 2018<br>Time:          8:30 a.m.<br>Courtroom:  9D<br>Judge:         Hon. George H. Wu |

1  Defendants' Motion to Dismiss Portions of Plaintiff's Complaint came before
2  this Court for hearing on August 27, 2018.  Having considered the moving,
3  opposition, and reply papers, arguments, and all other matters presented to the
4  Court, the Court finds that the claims of Plaintiff's U.S. Patent Nos. 8,934,535;
5  9,769,477; and 7,386,046 are patent-ineligible under 35 U.S.C. § 101.  Additionally,
6  the Court finds that Plaintiff surrendered U.S. Patent No. 8,634,462 prior to filing
7  this action, and that it cannot therefore be the basis of an infringement suit.

8  IT IS HEREBY ORDERED that Google's Motion to Dismiss Portions of
9  Plaintiff's Complaint is GRANTED.  Counts I, II, III, and IV of the Complaint are
10 ordered dismissed with prejudice.

13 DATED: _____, 2018

Hon. George H. Wu
United States District Judge