GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
TED DANE (State Bar No. 143195)
ted.dane@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter. gratzinger@mto.com
ZACHARY M. BRIERS (State Bar No. 287984)
zachary.briers@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Google LLC and
YouTube, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC,<br><br>             Plaintiff,<br><br>       vs.<br><br>GOOGLE LLC, and YOUTUBE, LLC,<br><br>             Defendants. | Case No. 2:18-CV-03629-GW-JC<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE REGARDING MOTION TO DISMISS PORTIONS OF PLAINTIFF'S COMPLAINT**<br><br>Date:              August 27, 2018<br>Time:             8:30 a.m.<br>Courtroom:    9D<br>Judge:            Hon. George H. Wu |

REQUEST FOR JUDICIAL NOTICE                                                                    2:18-CV-03629-GW-JC

1   Pursuant to Federal Rule of Evidence 201, Defendants request that the Court take judicial notice of the following facts:

2   1.   On April 3, 2018, the U.S. Patent and Trademark Office issued U.S. Patent No. RE46,777 (the "Reissue Patent"), which is a reissue of U.S. Patent No. 8,634,462 ("the Original Patent").  This information is reflected on the face of the Reissue Patent, which is attached hereto as <u>Exhibit A</u>.  *See Colt Internat'l Clothing Inc. v. Quasar Science, LLC*, 304 F. Supp. 3d 891, 892 (C.D. Cal. 2018) (granting request for judicial notice of patents in connection with motion to dismiss and noting that patent "prosecution materials are matters of public record and subject to judicial notice under Fed. R. Evid. 201.").

3   2.   On February 2, 2016, Matthias Narroschke, one of the named inventors of the Original Patent, filed a declaration with the U.S. Patent and Trademark Office, which declared that the Original Patent is "wholly or partly inoperative or invalid," and requested that it be reissued.  This information is reflected on the face of the declaration, which is attached hereto as <u>Exhibit B</u>.  *See, e.g., id.*; *Advantek Marketing, Inc. v. Shanghai Walk-Long Tools, Co.*, No. 16-cv-3061-R, 2016 WL 9178079 at *1 (C.D. Cal. Nov. 3, 2016) (taking judicial notice of "patent's prosecution history from the USPTO website" in connection with motion to dismiss).

DATED:  July 16, 2018

MUNGER, TOLLES & OLSON LLP
   GREGORY P. STONE
   TED DANE
   PETER E. GRATZINGER
   ZACHARY M. BRIERS


By:     */s/ Ted Dane*
               TED DANE
Attorneys for Defendants Google LLC and YouTube, LLC

**CERTIFICATE OF SERVICE**

1. I certify that I caused the attached document to be filed using the Court's CM/ECF system and thereby served on counsel of record. I further certify that I have obtained the concurrence in the filing of this document by the above signatory.

DATED: July 16, 2018        /s/ *Zachary M. Briers*
                            Zachary M. Briers