# EXHIBIT B

Doc Code: REIS.DECL
Document Description: Reissue Declaration Filed in Accordance With MPEP 1414

PTO/AIA/05 (06-12)
Approved for use through 08/31/2013. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| REISSUE APPLICATION DECLARATION BY THE INVENTOR | Docket Number (Optional) 690147.402RI |

I hereby declare that:
Each inventor's residence and mailing address are stated below next to their name.
I believe I am the original inventor or an original joint inventor of the subject matter which is described and claimed in patent number 8,634,462 , granted January 21, 2014 and for which a reissue patent is sought on the invention titled QUANTIZATION FOR HYBRID VIDEO CODING

the specification of which

☑ is attached hereto.

☐ was filed on _____ as reissue application number _____ .

The above-identified application was made or authorized to be made by me.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

I believe the original patent to be wholly or partly inoperative or invalid, for the reasons described below. (Check all boxes that apply.)

☐ by reason of a defective specification or drawing.

☐ by reason of the patentee claiming more or less than he had the right to claim in the patent.

☑ by reason of other errors.

At least one error upon which reissue is based is described below. If the reissue is a broadening reissue, a claim that the application seeks to broaden must be identified:

The Application Data Sheet (ADS) filed with the application from which the referenced patent was issued indicated that the application was a 371 of international application PCTEP2008052824 and incorrectly indicated that international application PCTEP2008052824 was a "non provisional of" Application No. 11685566 instead of correctly indicating that international application PCTEP2008052824 was a "continuation of" Application No. 11685566. This error was a clerical error, and was a mistake that occurred without deceptive intent.

[Page 1 of 2]

This collection of information is required by 37 CFR 1.175. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/05 (06-12)
Approved for use through 08/31/2013. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| (REISSUE APPLICATION DECLARATION BY THE INVENTOR, page 2) | Docket Number (Optional) 690147.402RI |

Note: To appoint a power of attorney, use form PTO/AIA/81.

Correspondence Address: Direct all communications about the application to:

[✓] The address associated with Customer Number: 00500

OR

[ ] Firm or Individual Name

Address

| City | State | Zip |

Country

Telephone | Email

**WARNING:**

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

Legal name of sole or first inventor (E.g., Given Name (first and middle (if any) and Family Name or Surname)

Matthias Narroschke

Inventor's Signature: /Matthias Narroschke/    Date (Optional): January 30th, 2016

Residence: City: Schaafheim | State: | Country: DE

Mailing Address: Am Länderweg 6

City: Schaafheim | State: | Zip: 64850 | Country: DE

[✱] Additional joint inventors are named on the __1__ supplemental sheet(s) PTO/AIA/10 attached hereto.

[Page 2 of 2]

PTO/AIA/10 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| SUPPLEMENTAL SHEET FOR DECLARATION | ADDITIONAL INVENTOR(S) Supplemental Sheet (for PTO/AIA/08,09) | Page 3 of 3 |

**Legal Name of Additional Joint Inventor, if any:**
(E.g., Given Name (first and middle (if any)) and Family Name or Surname)

Hans-Georg Musmann

Inventor's Signature: [signature] Hans-Georg Musmann    Date (Optional): 29.01.2016

Residence: City: Salzgitter   State:    Country: DE

Mailing Address: Heckenrosenweg 24

City: Salzgitter   State:    Zip: 38259   Country: DE

**Legal Name of Additional Joint Inventor, if any:**
(E.g., Given Name (first and middle (if any)) and Family Name or Surname)

Inventor's Signature:     Date (Optional):

Residence: City:    State:    Country:

Mailing Address:

City:    State:    Zip:    Country:

**Legal Name of Additional Joint Inventor, if any:**
(E.g., Given Name (first and middle (if any)) and Family Name or Surname)

Inventor's Signature:     Date (Optional):

Residence: City:    State:    Country:

Mailing Address:

City:    State:    Zip:    Country:

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 21 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*