TED DANE (State Bar No. 143195)
ted.dane@mto.com
PETER E. GRATZINGER (State Bar No. 228764)
peter.gratzinger@mto.com
ZACHARY M. BRIERS (State Bar No. 287984)
zachary.briers@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Google LLC and YouTube LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC, and YOUTUBE, LLC,<br><br>Defendants. | Case No. 2:18-CV-03629-GW-JC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO SERVE INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION**<br><br>Judge: Hon. George H. Wu |

WHEREAS, the Scheduling Order in this action currently requires Defendants Google LLC and YouTube, LLC (collectively, "Defendants") to serve their invalidity contentions and accompanying document production on Friday, January 11, 2019 (*see* ECF No. 36);

WHEREAS, Plaintiff Realtime Adaptive Streaming LLC ("Plaintiff") asserts in this case the same five patents that are asserted in the related case pending before this Court, *Realtime Adaptive Streaming LLC v. Adobe Systems Inc.*, Case No. 2:18-cv-09344-GW-JC (C.D. Cal.) ("the *Adobe* case");

1     WHEREAS, although the Scheduling Order in the *Adobe* case generally aligns with the Scheduling Order in this case, the Scheduling Order in the *Adobe* case requires Defendant Adobe Systems Inc. to serve its invalidity contentions and accompanying document production on Friday, January 18, 2019 (*see Adobe* case, ECF No. 54);

6     WHEREAS, Plaintiff and Defendants now stipulate to extend the deadline for Defendants to serve their invalidity contentions and accompanying document production to Friday, January 18, 2019, to align with the same deadline in the *Adobe* case;

10     WHEREAS, this stipulation does alter or affect any of the other deadlines in the Scheduling Order in this action (ECF No. 36);

12     **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by Plaintiff and Defendants as follows:

1. Defendants may have an extension up to and including January 18, 2019, to serve their invalidity contentions and accompanying document production;
2. This stipulation shall not alter or affect any of the other deadlines in the Scheduling Order in this action (ECF No. 36).

| | | |
|---|---|---|
| 1 | DATED: January 9, 2019 | MUNGER, TOLLES & OLSON LLP |
| 2 | |    TED DANE |
| 3 | |    PETER E. GRATZINGER |
| | |    ZACHARY M. BRIERS |

By: _____*/s/ Zachary M. Briers*_____
     ZACHARY M. BRIERS
Attorneys for Defendants Google LLC and YouTube LLC

DATED: January 9, 2019    RUSS AUGUST & KABAT

By: _____*/s/ Jay Chung*_____
     JAY CHUNG
Attorney for Plaintiff Realtime Adaptive Streaming LLC

I, Zachary M. Briers, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 9, 2019        By:  */s/ Zachary M. Briers*
                                   ZACHARY M. BRIERS