MARC A. FENSTER (Bar No. 181067)
mfenster@raklaw.com
REZA MIRZAIE (Bar No. 246953)
rmirzaie@raklaw.com
BRIAN D. LEDAHL (Bar No. 186579)
bledahl@raklaw.com
PAUL KROEGER (Bar No. 229074)
pkroeger@raklaw.com
C. JAY CHUNG (Bar No. 252794)
jchung@raklaw.com
PHILIP X. WANG (Bar No. 262239)
pwang@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard
12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Realtime Adaptive Streaming LLC*

TED DANE (Bar No. 143195)
ted.dane@mto.com
PETER E. GRATZINGER (Bar No. 228764)
peter.gratzinger@mto.com
ZACHARY M. BRIERS (Bar No. 287984)
zachary.briers@mto.com
BRIAN J. SPRINGER (Bar. No. 309094)
brian.springer@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

PETER A. DETRE (Bar No. 182619)
peter.detre@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendants Google LLC and YouTube. LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REALTIME ADAPTIVE STREAMING LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC, and YOUTUBE, LLC,<br><br>Defendants. | Case No. CV 18-3629-GW-JCx<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING COMPLETION OF *INTER PARTES* REVIEW PROCEEDINGS** |

The Court, having considered the Joint Stipulation to Stay Case Pending Completion of *Inter Partes* Review Proceedings entered into by and between Plaintiff Realtime Adaptive Streaming LLC and Defendants Google LLC and YouTube, LLC, and for good cause being shown,

IT IS HEREBY ORDERED that:

1. This case shall be stayed and all deadlines and hearings shall be vacated; and
2. The parties shall file a status report within ten (10) business days from when the PTAB issues its final written decision in the '477 IPR (IPR2019-01035).

IT IS SO ORDERED.

DATED: January 17, 2020

_____
Hon. George H. Wu
United States District Judge